1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10 JUAN GILBERTO MEDRANO,    )  No. CV 15-8970 DDP (FFM)

                      )

11           Petitioner,   )

                      )  JUDGMENT

12     v.              )

                      )

13 SCOTT FRAUENHEIM,       )

                      )

14           Respondent.  )

                      )

15

16       Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

17 IT IS ADJUDGED that the Petition is dismissed without prejudice.

18

19 DATED: December 18, 2015

20

21 _____

22         DEAN D. PREGERSON

       United States District Judge

23
24
25
26
27
28